UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RONALD LEE, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 2:10-cv-0008-WTL-JMS |
| ) | |
| WARDEN HELEN J. MARBERRY, ) | |
| ) | |
| Respondent. ) | |

# E N T R Y

The action is before the court on the petition of Ronald Lee for writ of habeas corpus. Mr. Lee, who is confined at a federal prison in this District, appears to seek habeas relief in the form of modification of his housing situation at that prison.

"A necessary predicate for the granting of federal habeas relief [to a petitioner] is a determination by the federal court that [his or her] custody violates the Constitution, laws, or treaties of the United States." *Rose vs. Hodges,* 423 U.S. 19, 21 (1975). It can be noted in this regard that habeas corpus review is available only "where the deprivation of rights is such that it necessarily impacts the fact or length of detention." *Leamer v. Fauver,* 288 F.3d 532, 540 (3d Cir. 2002). This means, in part, that a challenge to the conditions of confinement may not be brought pursuant to 28 U.S.C. § 2241. *Graham v. Broglin,* 922 F.2d 379, 381 (7th Cir. 1991); *Falcon v. U.S. Bureau of Prisons,* 52 F.3d 137, 138-39 (7th Cir. 1995).

Based on the foregoing, the action is summarily dismissed insofar as Mr. Lee challenges the conditions of his confinement, including his housing or other programming to which he is subjected. No partial final judgment shall issue at this time as to the claims resolved in this Entry. Mr. Lee shall have **through February 19, 2010**, in which to file an amended petition challenging the fact or duration of his confinement.

**IT IS SO ORDERED.**

Date: 01/12/2010

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Ronald Lee
No. 15734-026
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN  47808